| Fill in this information to identify the case: |
|---|
| Debtor 1   Arlecia Machelle Bush |
| Debtor 2 _____<br>(Spouse, if filing) |
| United States Bankruptcy Court for the:  SOUTHERN        District of   MISSISSIPPI<br>                                                                                                    (State) |
| Case number   24-02826-JAW |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**        FREEDOM MORTGAGE CORPORATION        Court claim no. (if known)            9

**Last four digits** of any number you           XXXXXX7451
use to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice: 

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $           0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $           0.00 |
| 3. | Attorney fees | | (3) | $           0.00 |
| 4. | Filing fees and court costs | | (4) | $           0.00 |
| 5. | Bankruptcy/Proof of claim fees | 2/4/2025, | (5) | $         200.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $           0.00 |
| 7. | Property inspection fees | | (7) | $           0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $           0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $           0.00 |
| 10. | Property preservation expenses.  Specify: _____ | | (10) | $           0.00 |
| 11. | Other.  Specify:   Plan Review | 12/20/2025 | (11) | $        $100.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Arlecia Machelle Bush | | Case number (*if known*) | 24-02826-JAW |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | /s/Karen A. Maxcy | | Date | 04/08/2025 |
|---|---|---|---|---|---|
| | | Signature | | | |

| Print: | Karen | A. | Maxcy | Title | Authorized Agent |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | McCalla Raymer Leibert Pierce, LLP |
|---|---|

| Address | 1544 Old Alabama Road |
|---|---|
| | Number    Street |
| | Roswell                       GA                    30076 |
| | City                              State                ZIP Code |

| Contact phone | 770-643-7200 | Email | Karen.Maxcy@mccalla.com |
|---|---|---|---|

Official Form 410S2            **Notice of Postpetition Mortgage Fees, Expenses, and Charges**            p a g e  **2**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No.** 24-02826-JAW |
| Arlecia Machelle Bush ) | **Chapter** 13 |
| ) | |
| ) | **JUDGE:** Jamie A. Wilson |

## EXHIBIT B

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $100.00 |
| | 12/20/2025 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $100.00 |
| Bankruptcy/Proof of Claim Fees | | | $200.00 |
| | 02/04/2025 | Preparation and Filing of Proof of Claim | $200.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$300.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re:<br>Arlecia Machelle Bush | Bankruptcy Case No.: 24-02826-JAW<br>Chapter: 13<br>Judge: Jamie A. Wilson |

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Arlecia Machelle Bush
211 Greenfield Ridge Dr
Brandon, MS 39042

Thomas Carl Rollins, Jr          *(Served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr.          *(Served via ECF Notification)*
P.O. Box 4476
Jackson, MS 39296-4476

United States Trustee          *(Served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    04/11/2025    By:    */s/Karen A. Maxcy*
                 (date)                Karen A. Maxcy
                                       Authorized Agent for Creditor