United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                      Case No. 24-02826-JAW

Arlecia Machelle Bush                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Arlecia Machelle Bush, 211 Greenfield Ridge Dr, Brandon, MS 39042-7023 |
|  | + NDC Asset Management, 1003 3rd Avenue W, Ste 600, Bradenton, FL 34205-7810 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026                        Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Karen A. Maxcy | on behalf of Creditor Freedom Mortgage Corporation karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Arlecia Machelle Bush trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-3                      User: mssbad                                    Page 2 of 2
Date Rcvd: Apr 08, 2026                   Form ID: pdf012                                 Total Noticed: 2

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

District/off: 0538-3                      User: mssbad                                    Page 2 of 2
Date Rcvd: Apr 08, 2026                   Form ID: pdf012                                 Total Noticed: 2

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CASE NO.: 24-02826-JAW
ARLECIA MACHELLE BUSH
SS#:  XXX-XX-4166

**\*\*\*\*  AMENDED  \*\*\*\***
### ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which
the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the  **DEBTOR's** principal
income is from wages, salary of commissions; and that the employer of the said  **DEBTOR**  is subject to such
orders as may be requisite to effectuate the provisions of the plan proposed by the   **DEBTOR**  {with the employer
being directed to pay all or any part of such income to the **TRUSTEE.**
Bankruptcy Reform Act of 1978, Title 11, Section 1325 (b)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the  **DEBTOR's**  plan; that
the employer is directed to pay a portion of the  **DEBTOR's** earnings to the Court for distribution to creditors
and that such employer is:

NDC ASSET MANAGEMENT
1003 3RD AVENUE W
STE 600
BRADENTON, FL 34205

**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from
the **DEBTOR's** earnings and pay over to:

> Harold J. Barkley,Jr.
> Chapter 13 Trustee
> P.O. Box 321454
> Flowood, MS 39232

the sum of **$1,680.00BIWEEKLY .**

**FURTHER ORDERED,** that the underlined employer shall, as of this date, cease and discontinue to pay deductions,
including credit unions, of every kind except those required to be made for State or Federal Income Taxes,
Insurance, Social Security contributions or union dues.

##END OF ORDER##