_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CASE NO.: 24-02826-JAW
**ARLECIA MACHELLE BUSH**
**SS#:  XXX-XX-4166**

### RELEASE OF WAGES

THE ORDER PREVIOUSLY ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S
EMPLOYER:

> NDC ASSET MANAGEMENT
> 1003 3RD AVENUE W
> STE 600
> BRADENTON, FL 34205

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Harold J. Barkley,Jr.
Chapter 13 Trustee
HAROLD J. BARKLEY, JR.
P.O. BOX 321454
FLOWOOD, MS 39232

IS VACATED FOR THE FOLLOWING REASON(S): NO LONGER EMPLOYED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY
WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##