**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **BANKRUPTCY NO. 24-02826-JAW**
**ARLECIA MACHELLE BUSH**

**ORDER OF DISMISSAL**

**THIS DAY,** the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DK # ). After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerkof this Court a written responsive pleading to the Motion.

**IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

**##END OF ORDER##**

SUBMITTED BY:

/s/ Harold J. Barkley, Jr.
Harold J. Barkley, Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com