United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-02826-JAW
Arlecia Machelle Bush Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Sep 17, 2026 Form ID: ntcdsm Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arlecia Machelle Bush, 211 Greenfield Ridge Dr, Brandon, MS 39042-7023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5459020 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 17 2026 19:37:05 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5448371 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 17 2026 19:37:05 | Ally Credit Card, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5463000 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2026 19:37:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5448372 | + | Email/PDF: bncnotices@becket-lee.com | Sep 17 2026 19:37:02 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5448376 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 17 2026 19:29:00 | Credit Corp Solutions, 63 E 11400 S 408, Sandy, UT 84070 |
| 5448373 | + | EDI: CAPITALONE.COM | Sep 17 2026 23:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5448374 | + | EDI: JPMORGANCHASE | Sep 17 2026 23:28:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203-4774 |
| 5448375 | | EDI: WFNNB.COM | Sep 17 2026 23:34:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5448378 | | EDI: IRS.COM | Sep 17 2026 23:28:00 | Department of the Treasury, Internal Revenue Service, PO BOX 7346, Philadelphia PA 19101-7346 |
| 5448377 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 17 2026 19:29:00 | Freedom Mortgage, Attn: Bankruptcy, 907 Pleasant Valley, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5470457 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 17 2026 19:29:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers, IN 46037-8022 |
| 5448379 | + | Email/Text: ebone.woods@usdoj.gov | Sep 17 2026 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5472050 | | EDI: JEFFERSONCAP.COM | Sep 17 2026 23:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5467495 | | EDI: JPMORGANCHASE | Sep 17 2026 23:28:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 5595084 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 17 2026 19:37:05 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |

| | | | | |
|---|---|---|---|---|
| 5448380 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2026 19:30:00 | Midland Credit, PO Box 13105, Roanoke, VA 24031-3105 |
| 5468225 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2026 19:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5448381 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 17 2026 19:30:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5468007 | | EDI: PRA.COM | Sep 17 2026 23:34:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5448382 | | EDI: PRA.COM | Sep 17 2026 23:34:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5456311 | | EDI: Q3G.COM | Sep 17 2026 23:34:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5470873 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 19:37:02 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5448384 | + | EDI: SYNC | Sep 17 2026 23:28:00 | Synchrony, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5448383 | + | EDI: SYNC | Sep 17 2026 23:28:00 | Synchrony, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5452229 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 17 2026 19:30:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 5448385 | ^ | MEBN | Sep 17 2026 19:28:41 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | * | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Karen A. Maxcy | on behalf of Creditor Freedom Mortgage Corporation karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Arlecia Machelle Bush trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 24–02826–JAW
Chapter: 13

In re:
Arlecia Machelle Bush
aka Arlecia M Bush, aka Arlecia Bush
211 Greenfield Ridge Dr
Brandon, MS 39042

Last four digits of Social–Security or Individual Tax–Payer–Identification (ITIN) No(s)., (if any):
xxx–xx–4166

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on September 17, 2026.

Dated: 9/17/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600